STATE v. BOWIE

No. 50A93-3

Case below: Catawba County Superior Court

Application by petitioner for writ of habeas corpus denied 14 February 2003.

STATE v. BROTHERS

No. 358P02

Case below: 151 N.C. App. 71

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. BUCKNER

No. 444A93-5

Case below: Gaston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Gaston County, denied 27 February 2003.

STATE v. CARPENTER

No. 21P03

Case below: 155 N.C. App. 35

Motion by Attorney General for temporary stay allowed 17 January 2003. Petition by Attorney General for writ of supersedeas denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by defendant to vacate order granting State's motion for temporary stay allowed 27 February 2003. Conditional petition by defendant for discretionary review as to additional issues pursuant to G.S. 7A-31 dismissed as moot 27 February 2003.